**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 17-7474**

─────────────

KEITH ROBINSON,

               Petitioner - Appellant,

      v.

WARDEN, Warden of Lee County Penitentiary,

               Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, District Judge.  (7:17-cv-00345-JPJ-RSB)

─────────────

Submitted:  April 17, 2018                   Decided:  April 19, 2018

─────────────

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Keith Robinson, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Robinson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. Wheeler*, __ F.3d __, __, No. 16-6073, 2018 WL 1514418, at \*10 (4th Cir. Mar. 28, 2018) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*